Certificate Number: 15725-PR-CC-027396841



15725-PR-CC-027396841

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 5, 2016</u>, at <u>11:22</u> o'clock <u>AM EDT</u>, <u>Limary Martinez Davila</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Puerto Rico</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 5, 2016</u>     By:  <u>/s/Maria Cruz</u>

                             Name: <u>Maria Cruz</u>

                             Title: <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).