IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 16-04078 BKT |
| LIMARY MARTINEZ DAVILA | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**DEBTOR'S MOTION REQUESTING ORDER FOR AUTHORIZATION TO BEGIN EVALUATION OF LOSS MITIGATION/LOAN MODIFICATION WITH MORTGAGE CREDITOR**

TO THE HONORABLE COURT:

NOW COMES, **LIMARY MARTINEZ DAVILA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is the owner of a residential real property encumbered by a mortgage and mortgage note owed to secured creditor Banco Popular de Puerto Rico ("BPPR"), which creditor filed secured claim no. 2-3, in the above captioned case.

2. The Debtor spoke directly with BPPR to begin evaluation for a loss mitigation or loan modification of the aforestated mortgage loan with BPPR. Said creditor requested the Debtor to obtain an Order from this Honorable Court prior to beginning the evaluation process for loss mitigation/loan modification of Debtor's mortgage loan.

3. Therefore, the Debtor respectfully requests an Order from this Honorable Court authorizing Debtor to meet with BPPR to begin the evaluation for loss mitigation/mortgage loan modification, in the above captioned case.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant the present motion and enter an Order approving authorization for the Debtor to initiate a loss Mitigation/loan modification evaluation with secured creditor BPPR, in the above captioned case.

Page – 2-
Motion Requesting Authorization
for Loss Mitigation Evaluation
Case no. 16-04078 BKT13

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the Chapter 13 Trustee Jose R. Carrion Morales, Esq., and all CM/ECF system participants including Jose A. Moreda Del Valle, Esq. Counsel for BPPR; I also certify that a copy of this motion was sent via US Mail to the Debtor; and to creditors and parties in interest (CM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of July, 2018.

/s/Roberto Figueroa Carrasquillo
USDC #203624
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO            BMW FINANCIAL SERVICES, N.A LLC DEPARTMENT
0104-3                                   MORTGAGE SERVICING DEPARTMENT (762)     ASCENSION CAPITAL GROUP
Case 16-04078-BKT13                      PO BOX 362708                           PO BOX 201347
District of Puerto Rico                  SAN JUAN, PR 00936-2708                 ARLINGTON, TX 76006-1347
Old San Juan
Mon Jul 30 13:51:17 AST 2018

US Bankruptcy Court District of P.R.     AEE                                     BMW FINANCIAL SERVICES NA, LLC DEPARTMENT
Jose V Toledo Fed Bldg & US Courthouse   PO Box 363508                           ASCENSION CAPITAL GROUP
300 Recinto Sur Street, Room 109         San Juan, PR 00936-3508                 PO BOX 201347
San Juan, PR 00901-1964                                                          ARLINGTON TX 76006-1347


(p)BMW FINANCIAL SERVICES                Banco Popular de Puerto Rico            Claro
CUSTOMER SERVICE CENTER                  PO Box 362708                           PO Box 360998
PO BOX 3608                              San Juan, PR 00936-2708                 San Juan, PR 00936-0998
DUBLIN OH 43016-0306


DEPARTMENT OF TREASURY                   Liberty Cablevision of Puerto Rico      MIDLAND FUNDING LLC
BANKRUPTCY SECTION 424 B                 PO Box 719                              PO BOX 2011
PO BOX 9024140                           Luquillo, PR 00773-0719                 WARREN, MI 48090-2011
SAN JUAN, PR 00902-4140


Syncb/Walmart                            (p)T MOBILE                             JOSE RAMON CARRION MORALES
PO Box 530927                            C O AMERICAN INFOSOURCE LP              PO BOX 9023884
Atlanta, GA 30353-0927                   4515 N SANTA FE AVE                     SAN JUAN, PR 00902-3884
                                         OKLAHOMA CITY OK 73118-7901


LIMARY MARTINEZ DAVILA                   MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
HC 05 BOX 57789                          OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
CAGUAS, PR 00725-9256                    OCHOA BUILDING                          CAGUAS, PR 00726-0186
                                         500 TANCA STREET SUITE 301
                                         SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW Financial Services NA, LLC           (d)Bmw Financial Services               T-Mobile
P.O. Box 3608                            PO Box 3608                             12920 SE 38th St
Dublin, OH 43016                         Dublin, OH 43016-0306                   Bellevue, WA 98006-1350
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BANCO POPULAR DE PUERTO RICO          End of Label Matrix
MORTGAGE SERVICING DEPARTMENT (762)      Mailable recipients    17
PO BOX 362708                            Bypassed recipients     1
SAN JUAN PR 00936-2708                   Total                  18
```